UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TARA MAPLES,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C24-0412 RSM

**ORDER AMENDING THE SCHEDULING ORDER**

This matter is before the Court on Plaintiff's unopposed motion for extension of time. Dkt. 8. The Court first notes Plaintiff was not entirely clear about the nature of her request. In her motion, Plaintiff requested the Court "to extend this case for 45 days, from the current due date, June 27th, 2024 to August 11th, 2024," while in her proposed order, she indicated she is asking for an extension of time "to file a response to Plaintiff's Complaint." Dkts. 8, 8-1. Given the Court issued in its Scheduling Order that Plaintiff's Opening Brief is due on June 27, 2024 (Dkt. 7 at 1), the Court assumes Plaintiff is requesting to amend the scheduling order.

The Court also notes Plaintiff's motion is based on her counsel's inability to complete her Opening Brief as ordered "due to some last minute workload management requirements." Dkt. 8 at 1. The Court will grant the motion but advises Plaintiff's counsel that workload management

ORDER AMENDING THE SCHEDULING ORDER - 1

will not be sufficient grounds for further extensions of time.  Accordingly, it is hereby ORDERED that the Scheduling Order is amended as follows:

- Plaintiff's Opening Brief is due August 11, 2024,
- Defendant's Response Brief is due September 10, 2024, and
- Plaintiff's Optional Reply Brief is due September 24, 2024.

DATED this 28th day of June, 2024.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING THE SCHEDULING ORDER - 2