UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TARA MAPLES,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:24-CV-00412-DGE<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including October 8, 2024, to file a response to Plaintiff's Opening Brief; and

- Plaintiff shall have up to and including October 22, 2024, to file the optional Reply Brief.

DATED this 10th day of September, 2024.

David G. Estudillo
United States District Judge

Page 1     ORDER – 2:24-CV-00412-DGE

1

Presented by:

2

/s/ Sarah Moum

3  SARAH MOUM
Special Assistant United States Attorney

4  Office of Program Litigation, Office 7
Social Security Administration

5  Office of the General Counsel
6401 Security Blvd.

6  Baltimore, MD 21235
sarah.moum@ssa.gov

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24